UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HUNTER D. STANSBERRY | CIVIL ACTION |
| VERSUS | NO. 21-1744 |
| MICHAEL P. MENTZ | SECTION "L" (4) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** plaintiff Hunter D. Stansberry's 42 U.S.C. § 1983 claims are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

New Orleans, Louisiana, this ___8___ day of ___March___, 2022.

UNITED STATES DISTRICT JUDGE